**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| **NewRez LLC** | **CIVIL ACTION NO:** |
| **Plaintiff** | **COMPLAINT** |
| vs. | **RE:**<br>**55 Bernier Lane, Winthrop, ME 04364** |
| **Ryan Quatrano** | **Mortgage:**<br>**September 1, 2021**<br>**Book 14161, Page 137**<br>**Kennebec Registry of Deeds** |
| **Defendant** | |

NOW COMES the Plaintiff, NewRez LLC, by and through its attorneys, Doonan, Graves & Longoria, LLC, and hereby complains against the Defendant, Ryan Quatrano, as follows:

## JURISDICTION AND VENUE

1. This Court has jurisdiction over this action pursuant 28 U.S.C. § 1332(a)(1) (Diversity) because the Plaintiff and Defendant are citizens of different states and the matter in controversy exceeds the sum or value of seventy-five thousand and 00/100 ($75,000.00) dollars, exclusive of interest and costs. Any Court of the United States, upon the filing of an appropriate pleading, may declare the rights and other legal relations of any interested party seeking such declaration, whether or not further relief is or could be sought under 28 U.S.C. § 2201.

2. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1) because the object of this litigation is a Note executed under seal currently owned and held by NewRez LLC, in which the Defendant, Ryan Quatrano, is the obligor and the total amount owed under the terms of the Note is Three Hundred Fifty-Two Thousand Six Hundred Forty-Three and 03/100 ($352,643.03) Dollars, plus attorney fees and costs associated with the

instant action; thus, the amount in controversy exceeds the jurisdictional threshold of seventy-five thousand ($75,000.00) dollars.

3. Venue is properly exercised pursuant to 28 U.S.C. §1391(b)(2) insofar as all or a substantial portion of the events that give rise to the Plaintiff's claims transpired in Maine and the property is located in Maine.

## PARTIES

4. NewRez LLC is a Delaware Limited Liability Corporation with its principal place of business located at 55 Beattie Place, Suite 10, Mail Stop 005, Greenville, SC 29601.

5. Newrez LLC is a Delaware Limited Liability Company with the single member being Shellpoint Partners LLC, a Delaware Limited Liability company whose principal place of business 799 Broadway, Floor 8 Suite 825, New York, NY 10003.

6. Shellpoint Partners LLC is a Delaware Limited Liability Company with the two members being NRM Acquisition LLC and NRM Acquisition II LLC, Delaware Limited Liability companies whose principal place of business is 799 Broadway, Floor 8 Suite 825, New York, NY 10003. Both NRM Acquisition LLC and NRM Acquisition II LLC have the same single member of New Residential Mortgage LLC, a Delaware Limited Liability company whose principal place of business is 799 Broadway, Floor 8 Suite 825, New York, NY 10003.

7. New Residential Mortgage LLC has a single member of Rithm Capital Corp. a Delaware Corporation whose principal address is 799 Broadway, Floor 8, New York, NY 10003. Accordingly, the Plaintiff is a citizen of both Delaware and New York

8. The Defendant, Ryan Quatrano, is a resident of Winthrop, County of Kennebec and State of Maine.

## FACTS

9. On September 1, 2021, by virtue of a Warranty Deed from Johanna Oberg and Christopher Oberg, which is recorded in the Kennebec Registry of Deeds in **Book 14161, Page 134**, the property situated at 55 Bernier Lane, City/Town of Winthrop, County of Kennebec, and State of Maine, was conveyed to Ryan Quatrano, being more particularly described by the attached legal description. *See* Exhibit A (a true and correct copy of the legal description is attached hereto and incorporated herein).

10. On September 1, 2021, Defendant, Ryan Quatrano, executed and delivered to Academy Mortgage Corporation a certain Note under seal in the amount of $375,000.00. *See* Exhibit B (a true and correct copy of the Note is attached hereto and incorporated herein).

11. To secure said Note, on September 1, 2021, Defendant, Ryan Quatrano, executed a Mortgage Deed in favor of Academy Mortgage Corporation, securing the property located at 55 Bernier Lane, Winthrop, ME 04364 which Mortgage Deed is recorded in the Kennebec Registry of Deeds in **Book 14161**, **Page 137**. *See* Exhibit C (a true and correct copy of the Mortgage is attached hereto and incorporated herein).

12. The Mortgage was then assigned to Mortgage Electronic Registration Systems, Inc. by virtue of an Assignment of Mortgage dated September 13, 2021, and recorded in the Kennebec Registry of Deeds in **Book 14183**, **Page 273**. *See* Exhibit D (a true and correct copy of the Assignment of Mortgage is attached hereto and incorporated herein).

13. The Mortgage was then assigned to NewRez, LLC by virtue of an Assignment of Mortgage dated February 3, 2026, and recorded in the Kennebec Registry of Deeds in **Book 15630**, **Page 144**. *See* Exhibit E (a true and correct copy of the Assignment of Mortgage is attached hereto and incorporated herein).

14. On December 4, 2025, the Defendant, Ryan Quatrano, was sent a Notice of Mortgagor's Right to Cure, as evidenced by the Certified mail tracking number (herein after referred to as the "Demand Letter"). *See* Exhibit F (a true and correct copy of the Demand Letter is attached hereto and incorporated herein).

15. The Demand Letter informed the Defendant, Ryan Quatrano, of the payment due date, the total amount necessary to cure the default, and the deadline by which the default must be cured, which was thirty-five (35) days from receipt of the Demand Letter. *See* Exhibit F.

16. The Defendant, Ryan Quatrano, failed to cure the default prior to the expiration of the Demand Letter.

17. The Plaintiff, NewRez LLC, is the present holder of the Note pursuant to endorsement by the previous holder (if applicable), payment of value and physical possession of the Note in conformity with 11 M.R.S. § 3-1201, et seq., and *Simansky v. Clark*, 147 A. 205, 128 Me. 280 (1929).

18. The Plaintiff, NewRez LLC, hereby certifies it is the lawful holder and owner of the Note and Mortgage.

19. The Plaintiff, NewRez LLC, hereby certifies that all steps mandated by law to provide notice to the mortgagor pursuant to 14 M.R.S.A. § 6111 and/or Note and Mortgage were strictly performed.

20. The total debt owed under the Note and Mortgage as of March 12, 2026, is Three Hundred Fifty-Two Thousand Six Hundred Forty-Three and 03/100 ($352,643.03) Dollars, which includes:

| Description | Amount |
|---|---|
| Principal Balance | $344,149.23 |
| Interest | $5,929.50 |
| Escrow Deficiency | $2,057.34 |
| Legal Fees | $506.96 |

    Grand Total                                                       $352,643.03

21. Upon information and belief, the Defendant, Ryan Quatrano, is presently in possession of the subject property originally secured by the Mortgage.

## COUNT I – FORECLOSURE AND SALE

22. The Plaintiff, NewRez LLC, repeats and re-alleges paragraphs 1 through 21 as if fully set forth herein.

23. This is an action for foreclosure and sale respecting a real estate related Mortgage and title located at 55 Bernier Lane, Winthrop, County of Kennebec, and State of Maine. *See* Exhibit A.

24. The Plaintiff, NewRez LLC, is the holder of the Note referenced in Paragraph 10 pursuant to endorsement by the previous holder (if applicable) and physical possession of the aforesaid Note in conformity with Title 11, section 3-1201, et seq. of the Maine Revised Statutes and *Simansky v. Clark*, 147 A. 205, 128 Me. 280 (1929). As such, Plaintiff, NewRez LLC, has the right to foreclosure and sale upon the subject property.

25. The Plaintiff, NewRez LLC, hereby certifies it is the current owner and investor of the aforesaid Mortgage and Note.

26. The Defendant, Ryan Quatrano, is presently in default on said Mortgage and Note, having failed to make the monthly payment due September 1, 2025, and all subsequent payments, and, therefore, has breached the condition of the aforesaid Mortgage and Note.

27. The total debt owed under the Note and Mortgage as of March 12, 2026, is Three Hundred Fifty-Two Thousand Six Hundred Forty-Three and 03/100 ($352,643.03) Dollars.

28. The record established through the Kennebec Registry of Deeds indicates that there are no public utility easements recorded subsequent to the Mortgage and prior to the commencement of these proceedings affecting the mortgaged premises at issue herein.

29. By virtue of the Defendant, Ryan Quatrano's, breach of condition, the Plaintiff hereby demands a foreclosure and sale on said real estate.

30. Notice in conformity with 14 M.R.S.A. § 6111 and/or Note and Mortgage was sent to the Defendant, Ryan Quatrano, on December 4, 2025, evidenced by the Certified mail tracking number. *See* Exhibit F.

31. The Defendant, Ryan Quatrano, is not in the Military as evidenced by the attached Exhibit G.

32. If the Defendant has received a Bankruptcy Discharge of this Debt, the Court should enter an Order finding that this action does not seek any personal liability on the part of the Defendant, but only seeks *in rem* judgment against the property.

## COUNT II – BREACH OF NOTE

33. The Plaintiff, NewRez LLC, repeats and re-alleges paragraphs 1 through 32 as if fully set forth herein.

34. On September 1, 2021, the Defendant, Ryan Quatrano, executed under seal and delivered to Academy Mortgage Corporation a certain Note in the amount of $375,000.00. *See* Exhibit B.

35. The Defendant, Ryan Quatrano, is in default for failure to properly tender the September 1, 2025, payment and all subsequent payments. *See* Exhibit F.

36. The Plaintiff, NewRez LLC, is the proper holder of the Note and is entitled to enforce the terms and conditions of the Note due to its breach by the Defendant, Ryan Quatrano.

37. The Defendant, Ryan Quatrano, having failed to comply with the terms of the Note and Mortgage, is in breach of both the Note and the Mortgage.

38. The Defendant, Ryan Quatrano's, breach is knowing, willful, and continuing.

39. The Defendant, Ryan Quatrano's, breach has caused Plaintiff, NewRez LLC, to suffer actual damages, including, but not limited to money lent, interest, expectancy damages, as well as attorney's fees and costs.

40. The total debt owed under the Note and Mortgage as of March 12, 2026, if no payments are made, is Three Hundred Fifty-Two Thousand Six Hundred Forty-Three and 03/100 ($352,643.03) Dollars.

41. Injustice can only be avoided by awarding damages for the total amount owed under the Note including interest, plus costs and expenses, including attorney fees.

42. If the Defendant has received a Bankruptcy Discharge of this Debt, the Court should enter an Order finding that this action does not seek any personal liability on the part of the Defendant, but only seeks *in rem* judgment against the property.

## COUNT III – BREACH OF CONTRACT, MONEY HAD AND RECEIVED

43. The Plaintiff, NewRez LLC, repeats and re-alleges paragraphs 1 through 42 as if fully set forth herein.

44. By executing, under seal, and delivering the Note, the Defendant, Ryan Quatrano, entered into a written contract with Academy Mortgage Corporation who agreed to loan the amount of $375,000.00 to the Defendant. *See* Exhibit B.

45. As part of this contract and transaction, the Defendant, Ryan Quatrano, executed the Mortgage to secure the Note and the subject property. *See* Exhibit C.

46. The Plaintiff, NewRez LLC, is the proper holder of the Note and successor-in-interest to Academy Mortgage Corporation, and has performed its obligations under the Note and Mortgage.

47. The Defendant, Ryan Quatrano, breached the terms of the Note and Mortgage by failing to properly tender the September 1, 2025, payment and all subsequent payments. *See* Exhibit F.

48. The Plaintiff, NewRez LLC, is the proper holder of the Note, and is entitled to enforce the terms and conditions of the Note due to its breach by the Defendant, Ryan Quatrano.

49. The Defendant, Ryan Quatrano, having failed to comply with the terms of the Note and Mortgage, is in breach of contract.

50. The Defendant, Ryan Quatrano, is indebted to NewRez LLC in the sum of Three Hundred Fifty-Two Thousand Six Hundred Forty-Three and 03/100 ($352,643.03) Dollars, for money lent by the Plaintiff, NewRez LLC, to the Defendant.

51. Defendant, Ryan Quatrano's, breach is knowing, willful, and continuing.

52. Defendant, Ryan Quatrano's, breach has caused Plaintiff, NewRez LLC, to suffer actual damages, including, but not limited to money lent, interest, expectancy damages, as well as attorney's fees and costs.

53. The total debt owed under the Note and Mortgage as of March 12, 2026, if no payments are made, is Three Hundred Fifty-Two Thousand Six Hundred Forty-Three and 03/100 ($352,643.03) Dollars.

54. Injustice can only be avoided by awarding damages for the total amount owed under the Note and Mortgage, and for money had and received, including interest, plus costs and expenses, including attorney fees.

55. If the Defendant has received a Bankruptcy Discharge of this Debt, the Court should enter an Order finding that this action does not seek any personal liability on the part of the Defendant but only seeks *in rem* judgment against the property.

## COUNT IV – UNJUST ENRICHMENT

56. The Plaintiff, NewRez LLC, repeats and re-alleges paragraphs 1 through 55 as if fully set forth herein.

57. Academy Mortgage Corporation, predecessor-in-interest to NewRez LLC, loaned the Defendant, Ryan Quatrano, $375,000.00. *See* Exhibit B.

58. The Defendant, Ryan Quatrano, has failed to repay the loan obligation.

59. As a result, the Defendant, Ryan Quatrano, has been unjustly enriched to the detriment of the Plaintiff, NewRez LLC as successor-in-interest to Academy Mortgage Corporation by having received the aforesaid benefits and money and not repaying said benefits and money.

60. As such, the Plaintiff, NewRez LLC, is entitled to relief.

61. If the Defendant has received a Bankruptcy Discharge of this Debt, the Court should enter an Order finding that this action does not seek any personal liability on the part of the Defendant, but only seeks *in rem* judgment against the property.

## PRAYERS FOR RELIEF

WHEREFORE, the Plaintiff, NewRez LLC, prays this Honorable Court:

a) Issue a judgment of foreclosure and sale in conformity with Title 14 § 6322;

b) Determine the amount due and priority of any Parties-In-Interest that appear in this matter;

c) Grant possession to the Plaintiff, NewRez LLC, upon the expiration of the period of redemption;

d) Find that the Defendant, Ryan Quatrano, is in breach of the Note by failing to make payment due as of September 1, 2025, and all subsequent payments;

e) Find that the Defendant, Ryan Quatrano, is in breach of the Mortgage by failing to make payment due as of September 1, 2025, and all subsequent payments;

f) Find that the Defendant, Ryan Quatrano, entered into a contract for a sum certain in exchange for a security interest in the subject property;

g) Find that the Defendant, Ryan Quatrano, is in breach of contract by failing to comply with the terms and conditions of the Note and Mortgage by failing to make the payment due September 1, 2025, and all subsequent payments;

h) Find that the Plaintiff, NewRez LLC, is entitled to enforce the terms and conditions of the Note and Mortgage;

i) Find that by virtue of the money retained by the Defendant, Ryan Quatrano has been unjustly enriched at the Plaintiff's expense;

j)  Find that such unjust enrichment entitles the Plaintiff, NewRez LLC, to restitution;

k)  Find that the Defendant, Ryan Quatrano, is liable to the Plaintiff, NewRez LLC, for money had and received;

l)  Find that the Defendant, Ryan Quatrano, has appreciated and retained the benefit of the Mortgage and the subject property;

m)  Find that it would be inequitable for the Defendant, Ryan Quatrano, to continue to appreciate and retain the benefit of the Mortgage, Note and subject property without recompensing the appropriate value;

n)  Find that the Plaintiff, NewRez LLC, is entitled to restitution for this benefit from the Defendant, Ryan Quatrano;

o)  Determine the amount due on said Mortgage and Note, including principal, interest, reasonable attorney's fees and court costs;

p)  Additionally, issue a money judgment against the Defendant, Ryan Quatrano, and in favor of the Plaintiff, NewRez LLC, in the amount of Three Hundred Fifty-Two Thousand Six Hundred Forty-Three and 03/100 ($352,643.03 Dollars, the total debt owed under the Note plus interest and costs including attorney's fees and costs (If the Defendant has received a Bankruptcy Discharge of this Debt, the Court should enter an Order finding that this action does not seek any personal liability on the part of the Defendant, but only seeks *in rem* judgment against the property);

q)  For such other and further relief as this Honorable Court deems just and equitable.

Respectfully Submitted,<br>
NewRez LLC,<br>
By its attorneys,

Dated:  March 12, 2026

/s/Reneau J. Longoria, Esq.
Reneau J. Longoria, Esq. Bar No. 005746
Attorney for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915
(978) 921-2670
RJL@dgandl.com